**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **MASON PARK PROPERTIES, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:26-CV-275 (MTT)** |
| ) | |
| **MOUNT VERNON FIRE INSURANCE** ) | |
| **COMPANY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## **ORDER**

On or about May 11, 2026, Plaintiff Mason Park Properties, LLC, filed a lawsuit against Defendants Mount Vernon Fire Insurance Company and United States Liability Insurance Company in the Superior Court of Butts County, Georgia. ECF 1. The Defendants timely removed the action to this Court. *Id.*

The Defendants' Notice of Removal asserts that the basis for this Court's subject matter jurisdiction is diversity jurisdiction, which exists if the opposing parties are citizens of different states and the amount in controversy exceeds $75,000. *Id.* ¶ 6; 28 U.S.C. § 1332. In evaluating the citizenship of an unincorporated association for the purpose of determining whether the Court has diversity jurisdiction, the Court must consider the citizenship of the association's constituents.[1] In their Notice of Removal, the Defendants allege "Plaintiff is a Georgia corporation organized under the laws of the

---

[1] *See Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079, 1086 (11th Cir. 2010) ("[U]nincorporated associations do not themselves have any citizenship, but instead must prove the citizenship of each of their members to meet the jurisdictional requirements of 28 U.S.C. § 1332."); *Rolling Greens MHP v. Comcast SCH Holdings,* 374 F.3d 1020, 1022 (11th Cir. 2004) (holding limited liability company is a citizen of any state of which one of its members is a citizen for diversity jurisdiction purposes); *Carden v. Akoma Assocs.*, 494 U.S. 185, 195 (1990) (requiring a court to consider the citizenship of all partners of limited partnerships in order to determine whether diversity jurisdiction exists).

state with its headquarters in Stone Mountain, Georgia. Plaintiff is a citizen of Georgia."

ECF 1 ¶ 9; 1-1 at 1. But the Plaintiff is a limited liability company. Accordingly, the Court

**ORDERS** the Defendants to file a statement that discloses the identity and citizenship of

the members of Mason Park Properties, LLC, by **July 15, 2026**, and if any member is

itself an unincorporated association, the identity and citizenship of such association's

constituents. [2] M.D. Ga. L.R. 87.2. The Plaintiff need not file a response to such

statement unless it contests the assertions of identity and citizenship contained therein.

     **SO ORDERED** this 7th day of July, 2026.

        S/ Marc T. Treadwell
        MARC T. TREADWELL, JUDGE
        UNITED STATES DISTRICT COURT

---

[2] "If a partner or member of an unincorporated association is itself an unincorporated association, the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Orchid Quay v. Suncor Bristol Bay*, 178 F. Supp. 3d 1300, 1304 (S.D. Fla. 2016) (internal quotation marks and citation omitted).